# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  CLIFFORD H. GREENHOW & LINDA D. GREENHOW          Case Number: 07-70359
        5401 N. RIVER ROAD                                 SSN-xxx-xx-7465 & xxx-xx-1917
        BYRON, IL  61010

                                                    Case filed on:    2/21/2007
                                                    Plan Confirmed on: 5/18/2007

C Converted to Chapter 7

Total funds received and disbursed pursuant to the plan: $8,080.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | ATTORNEY LAURA L. MCGARRAGAN | 2,700.00 | 2,700.00 | 2,200.00 | 0.00 |
|  | Total Legal | 2,700.00 | 2,700.00 | 2,200.00 | 0.00 |
| 004 | PIERCE & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | CLIFFORD H. GREENHOW | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | AMERICAN GENERAL FINANCE | 8,697.15 | 1,155.40 | 1,155.40 | 0.00 |
| 002 | AMERICAN GENERAL FINANCE | 10,116.65 | 10,116.65 | 4,168.05 | 0.00 |
| 003 | WELLS FARGO BANK NA | 9,125.79 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 27,939.59 | 11,272.05 | 5,323.45 | 0.00 |
| 005 | CAPITAL ONE | 576.67 | 576.67 | 0.00 | 0.00 |
| 006 | CAPITAL ONE | 318.89 | 318.89 | 0.00 | 0.00 |
| 007 | PORTFOLIO RECOVERY ASSOCIATES | 337.71 | 337.71 | 0.00 | 0.00 |
| 008 | CAPITAL ONE | 424.64 | 424.64 | 0.00 | 0.00 |
| 009 | CAPITAL ONE | 10,638.66 | 0.00 | 0.00 | 0.00 |
| 010 | CAPITAL ONE | 325.28 | 325.28 | 0.00 | 0.00 |
| 011 | COMED CO | 825.73 | 825.73 | 0.00 | 0.00 |
| 012 | THE CASH STORE #302 | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | ECAST SETTLEMENT CORPORATION | 90.14 | 90.14 | 0.00 | 0.00 |
| 014 | ECAST SETTLEMENT CORPORATION | 266.90 | 266.90 | 0.00 | 0.00 |
| 015 | COMED CO | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 13,804.62 | 3,165.96 | 0.00 | 0.00 |
|  | Grand Total: | 44,444.21 | 17,138.01 | 7,523.45 | 0.00 |

Total Paid Claimant:      $7,523.45
Trustee Allowance:        $556.55          Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:   0.00             discharging the trustee and the trustee's surety from any and all
                                           liablility on account of the within proceedings, and closing the estate,
                                           and for such other relief as is just.  Pursuant to FRBP, I hereby
                                           certify that the subject case has been fully administered.

Report Dated:

                                                    /s/ Lydia S. Meyer
                                                    Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.


Dated at Rockford, IL  on 12/30/2008          By  /s/Heather M. Fagan